L.B.F. 2016-4

## STATEMENT OF PRO SE DEBTOR

Debtor's Name  Bonnie Lynn McDonald   Case No. 25 10751

Address  531 S Warminster Rd.    Chapter of Case _____
Hatboro, PA 19040

Telephone Number (home) 267-239-7484   Date Case Filed _____

Telephone Number (work) 267-239-7484

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   NA

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

   NA

3. a. Total fee charged by person or business named above  $ NA

   b. Amount of fee paid as of the date you filed bankruptcy  $ NA

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?
      YES    NO    (circle one)    NA

4. Were various chapters or types of bankruptcy explained to you?
      YES    NO    (circle one)    NA

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?
      YES    NO    (circle one)    NA

FILED 2025 FEB 25 P 2:3 U.S. BANKRUPTCY COURT

6. Did the preparer give you a copy of the papers he prepared for you?

        YES     NO  (circle one)   *NA*

Date: 02/25/2025          *Bonnie Lynn MacDonald*