**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Bonnie Lynn MacDonald                 CHAPTER 13
            Debtor(s)

                                             BKY. NO. 25-10751 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2 and index same on the master mailing list.

                                                 Respectfully submitted,

                                                 /s/ *Denise Carlon*
                                                 Denise Carlon
                                                 28 Feb 2025, 12:31:45, EST

                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 627-1322