United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10751-pmm |
| Bonnie Lynn MacDonald | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonnie Lynn MacDonald, 531 S. Warminster Road, Hatboro, PA 19040-4029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 27 2025 00:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2025 00:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2025              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                    User: admin                                    Page 2 of 2
Date Rcvd: Feb 26, 2025                 Form ID: pdf900                          Total Noticed: 3
TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
**Bonnie Lynn MacDonald,**     :     Chapter 13
:
:     Case No. 25-10751 (PMM)
**Debtor.**     :

### ORDER TO SHOW CAUSE WHY: 1) THIS CASE SHOULD NOT BE DISMISSED AND 2) A BAR ORDER SHOULD NOT BE ENTERED AGAINST THE DEBTOR

**AND NOW,** the Debtor having filed this bankruptcy case *pro se* on February 25, 2025;

AND the Debtor having filed five (5) previous bankruptcy cases;

AND the Debtor failing to file a timely certification of credit counseling, 11 U.S.C. §109(h), and or to state valid reasons which would warrant a waiver from the requirement, doc. #4;

AND it appearing that the Debtor may be filing for bankruptcy protection repeatedly despite there being no intent of pursuing a legitimate bankruptcy purpose;

It is therefore hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Wednesday, March 19, 2025 at 1:00 p.m. in the Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107**.

It is further **ORDERED** that failure to appear for the hearing may result in **dismissal of this case as well as <u>the imposition of a one (1) year bar to filing for bankruptcy protection</u>** without further notice or hearing.

**Date: 2/26/25**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Bonnie Lynn MacDonald
531 S. Warminster Road
Hatboro, PA 19040