3/7/2025

Patricia M. Mayer

Chief Judge, United States Bankruptcy Court

Reference: Case #25-10751

FILED
2025 MAR 10 P 4: 16
U.S. BANKRUPTCY COURT

I am requesting a one week extension of time to complete my schedules and my plan. Ihave been ill due to a massive blood loss which affected my hemoglobin and required a blood transfusion. As a result, I have been unable to complete the schedules due tomorrow. Thank you for your consideration.

Sincerely,

*Bonnie L MacDonald*

Bonnie MacDonald

531 S Warminster Road

Hatboro, PA 19040

267-239-7484