# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Bonnie Lynn MacDonald,** | : | |
| | : | Case No. 25-10751 (PMM) |
| Debtor. | : | |

## ORDER DENYING MOTION

**AND NOW,** upon consideration of the *pro se* Debtor's Motion for Extension of Time (doc. #11, the "Motion");

AND upon consideration of the posture of this case and for the reasons stated in the Show Cause Order entered on February 26, 2025;

It is hereby **ordered** that the Motion is **denied**.

*Patricia M. Mayer*

Date:  3/12/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Bonnie Lynn MacDonald
531 S. Warminster Road
Hatboro, PA 19040