# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:  Bonnie Lynn MacDonald**

:     Chapter 13

:

:     Case No. 25-10751 (PMM)

:

**Debtor.**

### ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR

**AND NOW** a hearing with regard to the Order to Show Cause (doc.# 7) having been held and concluded on March 19, 2025;

AND for the reasons stated at the hearing and in the Order to Show Cause;

It is hereby **ordered** that:

1) This bankruptcy case is **dismissed**; and

2) The Debtor is **barred from filing another bankruptcy case, either individually or jointly with a spouse, within one (1) year of the date of this Order without further leave of Court.**

*[signature: Patricia M. Mayer]*

Date:  3/20/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Bonnie Lynn MacDonald
531 S. Warminster Road
Hatboro, PA 19040