United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-10751-pmm
Bonnie Lynn MacDonald  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Mar 20, 2025      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonnie Lynn MacDonald, 531 S. Warminster Road, Hatboro, PA 19040-4029 |
| 14986422 | | Abington Rehabilitation Assoc., LLC, 2510 Maryland Road, Suite 150, Willow Grove, PA 19090-1143 |
| 14986424 | | Main Line Emergency Med Assoc., 56 W Main Street, Suite 305, Christiana, DE 19702-1503 |
| 14986438 | | Montgomery County SPCA, 19 E. Ridge Pike, P.O. Box 222, Conshohocken, PA 19428-0222 |
| 14986434 | + | New Jersey E-2 Pass Violations Processing Ctr, P.O. Box 4971, Trenton, NJ 08650-4971 |
| 14986430 | | Pennsylvania Heart & Vascular Grp, /Aria Health, P.O. Box 780102, Philadelphia, PA 19178-0102 |
| 14986433 | | Philadelphia Fire Department, P.O. Box 1280, Oaks, PA 19456-1280 |
| 14986426 | | Radiology Associates of the Main Line, PC, PO BOX 678678, Dallas, TX 75267-8678 |
| 14986427 | | Rheumatic Disease Associates, LTD, 2360 Maryland Road, Willow Grove, PA 19090-1709 |
| 14986429 | | SEPA Horsham, P.O. Box 826499, Philadelphia, PA 19182-6499 |
| 14986431 | | Tower Health, P.O. Box 16051, Reading, PA 19612-6051 |
| 14986432 | + | Upper Moreland Township, 117 Park Avenue, Willow Grove, PA 19090-3299 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 21 2025 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14986439 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2025 00:38:56 | CACH, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14986436 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 21 2025 00:18:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14986437 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2025 00:18:00 | Dept of Treasury, Internal Revenue Service, Philadelphia, PA 19255-0030 |
| 14986423 | ^ | MEBN | Mar 21 2025 00:09:27 | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 14986435 | ^ | MEBN | Mar 21 2025 00:09:16 | PA Turnpike Toll by Plate, P.O. Box 645631, Pittsburgh, PA 15264-5254 |
| 14986425 | ^ | MEBN | Mar 21 2025 00:09:23 | Patient First, P.O. Box 718941, Philadelphia, PA 19171-8941 |
| 14986428 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 21 2025 00:18:00 | Santander Consumer USA, P.O. Box 660633, Dallas, TX 75266-0633 |
| 14986440 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 21 2025 00:19:00 | Select Portfolio Servicing, Inc., PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 14983748 | ^ | MEBN | Mar 21 2025 00:09:09 | U.S. Bank Trust Company, National Assoc., c/o |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: pdf900 | Total Noticed: 23 |

KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Bonnie Lynn MacDonald

: Chapter 13
:
: Case No. 25-10751 (PMM)
:

Debtor.

## ORDER DISMISSING BANKRUPTCY CASE AND BARRING DEBTOR

**AND NOW** a hearing with regard to the Order to Show Cause (doc.# 7) having been held and concluded on March 19, 2025;

AND for the reasons stated at the hearing and in the Order to Show Cause;

It is hereby **ordered** that:

1) This bankruptcy case is **dismissed**; and

2) The Debtor is **barred from filing another bankruptcy case, either individually or jointly with a spouse, within one (1) year of the date of this Order without further leave of Court.**

*Patricia M. Mayer*

Date:  3/20/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Bonnie Lynn MacDonald
531 S. Warminster Road
Hatboro, PA 19040