# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

## Reading Division

Chapter 13
Case No. 25-10751-pmm

**In re:**

**Bonnie Lynn MacDonald,**
Debtor.

_____/

# EMERGENCY MOTION TO LIFT THE ONE-YEAR BAR IMPOSED BY ORDER OF DISMISSAL

**COMES NOW** the Debtor, **Bonnie Lynn MacDonald**, and respectfully moves this Honorable Court to **vacate the one-year bar to refiling** imposed by the Order of Dismissal entered on **March 20, 2025**, and as grounds therefore states as follows:

## I. BACKGROUND

1. The Debtor filed a voluntary Chapter 13 petition on **February 25, 2025**.

2. The case was dismissed on **March 20, 2025**, and the dismissal order imposed a **one-year bar to refiling**, likely pursuant to 11 U.S.C. §§ 109(g) or 362(d)/(c)(4).

3. At the time of the prior case, Debtor was experiencing significant personal and financial hardship and was unable to comply with filing obligations and plan confirmation requirements.

## II. EXTRAORDINARY CIRCUMSTANCES

4. Debtor has experienced a series of life-altering and tragic events, including:

    o The **death of my son** on or about **November 28th, 2007.**

- - The **closure of my construction company in 2008**, which had been her main source of income.
  - A **serious automobile accident** on **July 21, 2023,** causing physical injury, resulting in an extended stay in physical rehabilitation and loss of transportation.
  - Severe disruption of employment and hardship due to the **COVID-19 pandemic**.
  - October 15th, 2024, I fell and nicked an artery in her spleen, causing blood loss complications.
  - February 2025, dental treatment resulted in the loss of a high volume of blood, which resulted in a diagnosis of anemia, requiring a transfusion, followed by (8) iron infusions.
5. These circumstances, individually and collectively, created an exceptional burden on Debtor and her ability to properly prosecute her previous Chapter 13 case.

### III. CHANGED CIRCUMSTANCES AND GOOD FAITH

6. Debtor has since experienced a **significant change in financial condition and life stability**, enabling her to proceed in **good faith**.
7. Her Social Security Retirement monthly income is just under $1800.00.
8. Additionally, she works selling final expense insurance and has been realizing $2,000.00 to $9,000.00 monthly income.
9. She also drives for LYFT Carsharing and earns approximately $1,000.00 weekly.
10. Based on her current income and budgeting, Debtor **believes she can make all required payments** and bring a new Chapter 13 case to a successful conclusion **with the assistance of counsel**.

### IV. LEGAL GROUNDS FOR RELIEF

9. The Court has authority under **11 U.S.C. § 105(a)** and **Federal Rule of Bankruptcy Procedure 9024** to vacate or modify orders in the interest of justice, particularly when new facts arise or upon showing of excusable neglect.

10. Courts have recognized that a bar to refiling may be lifted where a debtor demonstrates **changed circumstances, good faith, and imminent harm** if relief is denied.

### V. EMERGENCY NATURE OF THE MOTION

11. Debtor is facing imminent and irreparable harm, including foreclosure, eviction, repossession, and garnishment.

**WHEREFORE, the Debtor, Bonnie Lynn MacDonald, respectfully prays that this Honorable Court:**

1. **GRANT** this Emergency Motion.
2. **VACATE** the one-year bar to refiling imposed by the Order of Dismissal entered on or about March 20, 2025;
3. **AUTHORIZE** the Debtor to immediately file a new Chapter 13 bankruptcy petition or, if applicable, reinstate the previously dismissed case;
4. **SCHEDULE** this matter for an expedited hearing, if necessary, due to the imminent and irreparable harm facing the Debtor;
5. And grant such other and further relief as this Court deems just and proper.

Dated: _____7/29_____, 2025

Respectfully submitted,

_/s/ Bonnie Lynn MacDonald_

**Bonnie Lynn MacDonald**
531 S. Warminster Road
Hatboro, PA 19040
267-239-7484
BonnieMacDonald@Proton.com

# CERTIFICATE OF SERVICE

**Re: In re Bonnie Lynn MacDonald, Case No. 25-10751-pmm**

I, the undersigned, hereby certify that on _____,2025 I caused a true and correct copy of the **Emergency Motion to Lift the One-Year Bar Imposed by Order of Dismissal** to be served to the **Court by hand delivery and** to the following parties:

| Name | Email Address | Party / Representation |
|---|---|---|
| Denise Elizabeth Carlon | bkgroup@kmllawgroup.com | On behalf of U.S. Bank Trust Company, National Association, as Trustee |
| Kenneth E. West | ecfemails@ph13trustee.com philaecf@gmail.com | Chapter 13 Trustee |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov | Office of the U.S. Trustee |

**TOTAL SERVED: 3**

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _____7/29_____, 2025


Respectfully submitted,

*/s/ Bonnie Lynn MacDonald*

**Bonnie Lynn MacDonald**
531 S. Warminster Road
Hatboro, PA 19040
267-239-7484
BonnieMacDonald@Proton.com

```
Label Matrix for local noticing        Philadelphia                           Abington Rehabilitation Assoc., LLC
0313-2                                 900 Market Street                      2510 Maryland Road, Suite 150
Case 25-10751-pmm                      Suite 400                              Willow Grove, PA 19090-1143
Eastern District of Pennsylvania       Philadelphia, PA 19107-4233
Philadelphia
Tue Jul 22 20:34:05 EDT 2025

CACH, LLC                              Credit Collection Services             (p)INTERNAL REVENUE SERVICE
P.O. Box 10497                         725 Canton Street                      CENTRALIZED INSOLVENCY OPERATIONS
Greenville, SC 29603-0497              Norwood, MA 02062-2679                 PO BOX 7346
                                                                              PHILADELPHIA PA 19101-7346


Jefferson Health                       LVNV Funding, LLC                      MERRICK BANK
833 Chestnut Street, Suite 115         Resurgent Capital Services             Resurgent Capital Services
Philadelphia, PA 19107-4401            PO Box 10587                           PO Box 10368
                                       Greenville, SC 29603-0587              Greenville, SC 29603-0368


Main Line Emergency Med Assoc.         Montgomery County SPCA                 New Jersey E-Z Pass Violations Processing Ct
56 W Main Street, Suite 305            19 E. Ridge Pike                       P.O. Box 4971
Christiana, DE 19702-1503              P.O. Box 222                           Trenton, NJ 08650-4971
                                       Conshohocken, PA 19428-0222


(p)NJ EZPASS                           PA Turnpike Toll by Plate              Patient First
ATTN ATTN NJ EZPASS/ JASMINE JENKINS   P.O. Box 645631                        P.O. Box 718941
375 MCCARTER HIGHWAY                   Pittsburgh, PA 15264-5254              Philadelphia, PA 19171-8941
SUITE 200
NEWARK NJ 07114-2562


Pennsylvania Heart & Vascular Grp      Philadelphia Fire Department           Radiology Associates of the Main Line, PC
/Aria Health                           P.O. Box 1280                          PO BOX 678678
P.O. Box 780102                        Oaks, PA 19456-1280                    Dallas, TX 75267-8678
Philadelphia, PA 19178-0102


Rheumatic Disease Associates, LTD      SEPA Horsham                           Santander Consumer USA
2360 Maryland Road                     P.O. Box 826499                        P.O. Box 660633
Willow Grove, PA 19090-1709            Philadelphia, PA 19182-6499            Dallas, TX 75266-0633


Select Portfolio Servicing, Inc.       Tower Health                           U.S. Bank Trust Company, National Assoc.
PO BOX 65250                           P.O. Box 16051                         c/o KML Law Group, P.C.
Salt Lake City, UT 84165-0250          Reading, PA 19612-6051                 701 Market Street
                                                                              Suite 5000
                                                                              Philadelphia, PA 19106-1541


United States Trustee                  Upper Moreland Township                Bonnie Lynn MacDonald
Office of United States Trustee        117 Park Avenue                        531 S. Warminster Road
Robert N.C. Nix Federal Building       Willow Grove, PA 19090-3299            Hatboro, PA 19040-4029
900 Market Street
Suite 320
Philadelphia, PA 19107-4202

KENNETH E. WEST
Office of the Chapter 13 Standing Truste
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106-1552
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dept of Treasury
Internal Revenue Service
Philadelphia, PA 19255-0030

New Jersey Turnpike Authority
Ramon de la Cruz, NJ Turnpike Authority
1 Turnpike Plaza, P.O Box 5042
Woodbridge, NJ 07095

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust Company, National Associat

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28