UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

Chapter 13
Case No. 25-10751-pmm

In re:
**Bonnie Lynn MacDonald,**
Debtor.

_____/

## MOTION TO REOPEN CHAPTER 13 CASE

**COMES NOW** the Debtor, **Bonnie Lynn MacDonald,** and respectfully moves this Honorable Court to **reopen the above-captioned Chapter 13 case** pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, and in support thereof states as follows:

### I. BACKGROUND

1. Debtor filed a voluntary petition under Chapter 13 on **February 25, 2025.**

2. The case was dismissed by Order of this Court on **March 20, 2025,** and closed on **April 16, 2025.**

3. At the time of dismissal, Debtor was unable to comply with requirements due to:

    o   The **death of her son** on November 28, 2007.

    o   The **closure of her construction business;**

    o   A **serious automobile accident** on July 21, 2023; and

    o   Financial hardship due to the **COVID-19 pandemic.**

## II. CHANGED CIRCUMSTANCES

**CHANGED CIRCUMSTANCES AND GOOD FAITH**

4. Debtor has since experienced a **significant change in financial condition and life stability,** enabling her to proceed in **good faith**.

5. Social Security Retirement income of just under $1800.00

6. She sells final expense insurance and is paid by commission; it provides a minimum of $2,000.00 to $9,000.00 monthly income.

She also drives

7. LYFT Carsharing and earn approximately $1,000.00 weekly.

8. Based on her current income and budgeting, Debtor **believes she can make all required payments** and bring a new Chapter 13 case to a successful conclusion **with the assistance of counsel.**

9. Debtor is now able to proceed in good faith with a Chapter 13 plan and seeks to either reinstate the prior case or seek other appropriate relief.

## III. LEGAL BASIS

7. Under **11 U.S.C. § 350(b),** a court may reopen a case "to administer assets, to accord relief to the debtor, or for other cause."

8. Good cause exists to reopen this case to allow the Debtor to pursue meaningful relief and to complete the purpose of her Chapter 13 filing.

**WHEREFORE, the Debtor respectfully requests that this Honorable Court:**

1. **GRANT** this Motion to Reopen Chapter 13 Case No. 25-10751-pmm;

2. **WAIVE** or allow installment payment of the reopening fee;

3. **PERMIT** the Debtor to proceed with appropriate motions or reinstatement as necessary; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: July 23, 2025

*Bonnie Lynn MacDonald*

**Bonnie Lynn MacDonald**
531 S. Warminster Road
Hatboro, PA 19040
267-239-7484
BonnieMacDonald@Proton.com

**PATRICIA M. MAYER**
U.S. Bankruptcy Judge

## CERTIFICATE OF SERVICE

### Re: In re Bonnie Lynn MacDonald, Case No. 25-10751-pmm

I, the undersigned, hereby certify that on **July 23rd**, 2025 I caused a true and correct copy of the **Motion to Reopen Chapter 13 Case** and **Proposed Order** served to the **Court by hand delivery and to the** following parties:

| Name | Email Address | Party / Representation |
|---|---|---|
| Denise Elizabeth Carlon | bkgroup@kmllawgroup.com | On behalf of U.S. Bank Trust Company, National Association, as Trustee |
| Kenneth E. West | ecfemails@ph13trustee.com philaecf@gmail.com | Chapter 13 Trustee |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov | Office of the U.S. Trustee |

**TOTAL SERVED: 3**

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _____7/29_____, 2025


Respectfully submitted,

/s/ Bonnie Lynn MacDonald

**Bonnie Lynn MacDonald**
531 S. Warminster Road
Hatboro, PA 19040
267-239-7484
BonnieMacDonald@Proton.com

```
Label Matrix for local noticing          Philadelphia                              Abington Rehabilitation Assoc., LLC
0313-2                                   900 Market Street                         2510 Maryland Road, Suite 150
Case 25-10751-pmm                        Suite 400                                 Willow Grove, PA 19090-1143
Eastern District of Pennsylvania         Philadelphia, PA 19107-4233
Philadelphia
Tue Jul 22 20:34:05 EDT 2025

CACH, LLC                                Credit Collection Services                (p)INTERNAL REVENUE SERVICE
P.O. Box 10497                           725 Canton Street                         CENTRALIZED INSOLVENCY OPERATIONS
Greenville, SC 29603-0497                Norwood, MA 02062-2679                    PO BOX 7346
                                                                                   PHILADELPHIA PA 19101-7346


Jefferson Health                         LVNV Funding, LLC                         MERRICK BANK
833 Chestnut Street, Suite 115           Resurgent Capital Services                Resurgent Capital Services
Philadelphia, PA 19107-4401              PO Box 10587                              PO Box 10368
                                         Greenville, SC 29603-0587                 Greenville, SC 29603-0368


Main Line Emergency Med Assoc.           Montgomery County SPCA                    New Jersey E-Z Pass Violations Processing Ct
56 W Main Street, Suite 305              19 E. Ridge Pike                          P.O. Box 4971
Christiana, DE 19702-1503                P.O. Box 222                              Trenton, NJ 08650-4971
                                         Conshohocken, PA 19428-0222


(p)NJ EZPASS                             PA Turnpike Toll by Plate                 Patient First
ATTN ATTN NJ EZPASS/ JASMINE JENKINS     P.O. Box 645631                           P.O. Box 718941
375 MCCARTER HIGHWAY                     Pittsburgh, PA 15264-5254                 Philadelphia, PA 19171-8941
SUITE 200
NEWARK NJ 07114-2562


Pennsylvania Heart & Vascular Grp        Philadelphia Fire Department              Radiology Associates of the Main Line, PC
/Aria Health                             P.O. Box 1280                             PO BOX 678678
P.O. Box 780102                          Oaks, PA 19456-1280                       Dallas, TX 75267-8678
Philadelphia, PA 19178-0102


Rheumatic Disease Associates, LTD        SEPA Horsham                              Santander Consumer USA
2360 Maryland Road                       P.O. Box 826499                           P.O. Box 660633
Willow Grove, PA 19090-1709              Philadelphia, PA 19182-6499               Dallas, TX 75266-0633


Select Portfolio Servicing, Inc.         Tower Health                              U.S. Bank Trust Company, National Assoc.
PO BOX 65250                             P.O. Box 16051                            c/o KML Law Group, P.C.
Salt Lake City, UT 84165-0250            Reading, PA 19612-6051                    701 Market Street
                                                                                   Suite 5000
                                                                                   Philadelphia, PA 19106-1541


United States Trustee                    Upper Moreland Township                   Bonnie Lynn MacDonald
Office of United States Trustee          117 Park Avenue                           531 S. Warminster Road
Robert N.C. Nix Federal Building         Willow Grove, PA 19090-3299               Hatboro, PA 19040-4029
900 Market Street
Suite 320
Philadelphia, PA 19107-4202

KENNETH E. WEST
Office of the Chapter 13 Standing Truste
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106-1552
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Dept of Treasury<br>Internal Revenue Service<br>Philadelphia, PA 19255-0030 | New Jersey Turnpike Authority<br>Ramon de la Cruz, NJ Turnpike Authority<br>1 Turnpike Plaza, P.O Box 5042<br>Woodbridge, NJ 07095 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust Company, National Associat

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# Reading Division

Chapter 13

Case No. 25-10751-pmm

**In re:**
**Bonnie Lynn MacDonald**,
Debtor.

_____/

# ORDER GRANTING MOTION TO REOPEN CASE

Upon consideration of the **Motion to Reopen Case** filed by the Debtor, and good cause appearing:

IT IS HEREBY ORDERED:

1. The Motion is **GRANTED**.

2. The above-captioned case is **REOPENED** for the purpose of allowing the Debtor to seek further relief.

3. The reopening fee is waived.
    [ ] The reopening fee shall be paid in accordance with the Clerk's procedures.

IT IS SO ORDERED.

Dated: _____

_____
PATRICIA M MAYER
US BANKRUPTCY JUDGE