*Form 236* (3/23)–doc 22 – 21

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Bonnie Lynn MacDonald  )  Case No. 25–10751–pmm
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## Fee Due Notice

Re:  Doc.# [21] Motion to Reopen Case

The above document(s) were filed in this office. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- ☐ Voluntary Petition
- ☐ Adversary Proceeding
- ☐ Filing Fee for Amendments
- ☐ Claims Transfer Fee
- ☑ Motion Filing Fee
- ☐ Notice of Appeal

Total:    $235.00

E–Filers, please submit the payment(s) as required by the court's standing order Misc. No. 15–3008mdc.

Non–e–filers, submit your Money Order made payable to Clerk, U.S. Bankruptcy Court by mail to:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

If the delinquency is not paid on or before August 5, 2025, this matter will be referred to the Chief Judge.

Date: July 29, 2025                                                                                      For The Court

                                                                                                     Timothy B. McGrath
                                                                                                     Clerk of Court