# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re Bonnie Lynn MacDonald** | : | Chapter 13 |
| | : | |
| | : | Case No. 25-10751-PMM |
| | : | |
| **Debtor.** | : | |

## O R D E R

**AND NOW**, the Debtor having filed the Emergency Motion to Lift the One-Year Bar Imposed by Order of Dismissal (the "Motion") (Doc. # 20);

**AND**, the Debtor having made no showing of changed circumstances since the imposition of the bar order;

It is hereby **ORDERED** that the Motion is **DENIED**.

_/s/ Patricia M. Mayer_

Date: July 29, 2025

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**