## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re Bonnie Lynn MacDonald :      Chapter 13
: 
:      Case No. 25-10751-PMM
: 
           Debtor. :

### O R D E R

**AND NOW**, the Debtor having filed a Motion to Reopen Chapter 13 Case (the "Motion") (Doc. # 21);

**AND**, the Debtor's case having been dismissed March 20, 2025, with a one-year bar to filing another bankruptcy case;

It is hereby **ORDERED** that the Motion is **DENIED**.

Date: July 29, 2025

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**